JOSEPH FOSTER, JR., Respondent, *v.* INTERNATIONAL PAPER
COMPANY, Appellant.

*Foster* v. *International Paper Co.*, 116 App. Div. 923, affirmed.
(Argued January 29, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 15, 1907, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover for personal injuries alleged
to have been occasioned through defendant's negligence.

*Alfred W. Gray* for appellant.

*Lewis E. Carr, Abram F. Servin* and *Thomas Watts* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT,
HISCOCK and CHASE, JJ. Not sitting: HAIGHT, J.

---

MARY E. FAGAN, Respondent, *v.* CHARLES E. McDONNELL,
Appellant, Impleaded with Others.

*Fagan* v. *McDonnell*, 115 App. Div. 89, affirmed.
(Argued January 30, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 29, 1906, affirming a judgment in favor of plaintiff
entered upon a decision of the court at a Trial Term without
a jury in an action of ejectment.

*James M. Gray, Herbert T. Ketcham* and *Joseph E.
Owens* for appellant.

*Herbert C. Smyth* and *Charles C. Sanders* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD
BARTLETT, HISCOCK and CHASE, JJ.